DAWSON INSURANCE, INC., APPELLANT, *v.* FREUND, APPELLEE.

[Cite as *Dawson Ins., Inc. v. Freund,* 133 Ohio St.3d 332, 2012-Ohio-4697.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2011-0691—Submitted October 9, 2012—Decided October 16, 2012.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 94660, 2011-Ohio-1552.

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

_____

Seeley, Savidge, Ebert & Gourash Co., L.P.A., Keith A. Savidge, Andrew D. Bemer, and Eric D. Baker, for appellant.

Weston Hurd, L.L.P., Shawn W. Maestle, John S. Kluznik, W. Charles Curley, and J. Quinn Dorgan, for appellee.

_____